UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>LUKASZ ZABKOWSKI<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   18-33765<br><br>Chapter:  13<br>Honorable Timothy A. Barnes |

### ORDER MODIFYING AUTOMATIC STAY

This cause coming before the Court upon the Motion of SUNTRUST BANK to Modify the Automatic Stay pursuant to 11 U.S.C. § 362, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. That the automatic stay provided by Section 362 of the Bankruptcy Code is hereby modified so as to not restrain SUNTRUST BANK from pursuing nonbankruptcy remedies with respect to the 2019 Kia Sorento motor vehicle bearing a Vehicle Identification Number of 5XYPGDA32KG463510; and,

2. Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a)(3), this Order will be effective immediately.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:   FEB 2 8 2019

**Prepared by:**

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)

Rev: 20101118_bko